**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZACHARY HALL | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | : No. 25-6733 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter our appearance on behalf of Defendant, National Railroad Passenger Corporation (Amtrak) in the above captioned matter. Our Entry of Appearance is not to be construed as a waiver of service, or an acknowledgment of personal jurisdiction over the Defendant.

Respectfully submitted,

*/s/ Richard K. Hohn*
RICHARD K. HOHN, ESQUIRE
Identification No.: 32528
rhohn@dverdict.com

*/s/ Stephen S. Dougherty*
STEPHEN S. DOUGHERTY, ESQUIRE
Identification No.: 312027
sdougherty@dverdict.com

HOHN & SCHEÜERLE, LLC
1700 Market Street
Suite 3242
Philadelphia, PA 19103
215-496-9995
215-496-9997 (Fax)
Our File #9500.346

Attorneys for Defendant,
National Railroad Passenger
Corporation (Amtrak)